**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL PONCE, an individual, and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDLINE INDUSTRIES INC., an Illinois corporation; MEDLINE INDUSTRIES, LP, an Illinois limited partnership, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00531-FWS-MRW<br><br>**ORDER GRANTING STIPULATION FOR PARTIAL DISMISSAL UNDER FED. R. CIV. P. 41 [24]** |

///

///

///

Having considered and reviewed the Parties' Stipulation for Partial Dismissal Under Fed. R. Civ. P. 41 [24] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned matter is **DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE** as to all alleged putative class members who did not work as production assemblers or Quality Control workers at Defendant's facility located at 42500 Winchester Road, Temecula, California 92590, at any time from September 20, 2017, to the presently;

2. Plaintiff's Second Claim for Failure to Provide Meal Periods or Compensation in Lieu Thereof is **DISMISSED WITHOUT PREJUDICE** as to the class and is **DISMISSED WITH PREJUDICE** as to Plaintiff;

3. Plaintiff's Third Claim for Failure to Provide Rest Periods or Compensation in Lieu Thereof is **DISMISSED WITHOUT PREJUDICE** as to the class and is **DISMISSED WITH PREJUDICE** as to Plaintiff;

4. Plaintiff's Fifth Claim for Knowing and Intentional Failure to Comply with Itemized Employee Wage Statement Provisions is **DISMISSED WITHOUT PREJUDICE** as to the class and is **DISMISSED WITH PREJUDICE** as to Plaintiff; and

5. Each party shall bear her/its own costs and attorneys' fees

**IT IS SO ORDERED**.

DATED: October 14, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT COURT