Jack Perko (SBN 164529)
jack@jackperkolaw.com
LAW OFFICES OF JACK PERKO
26895 Aliso Creek Road, Suite B66
Aliso Viejo, CA 92656
Telephone: (949) 390-4442

Attorneys for Plaintiff, MARIBEL PONCE

Steven A. Groode, Bar No. 210500
sgroode@littler.com
Jannine E. Kranz, Bar No. 272389
jkranz@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.: 800.715.1330

Attorneys for Defendant
MEDLINE INDUSTRIES, LP f/k/a MEDLINE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL PONCE, an individual, and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDLINE INDUSTRIES INC., an Illinois corporation; MEDLINE INDUSTRIES, LP, an Illinois limited partnership, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00531-FWS-MRW<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO ALL CLAIMS FOR RELIEF**<br><br>Complaint Filed: September 20, 2021<br>Riverside County Superior Court Case No. CVRI2104267 |

1.

Plaintiff MARIBEL PONCE and Defendant, MEDLINE INDUSTRIES, LP, f/k/a Medline Industries, Inc., by and through their respective counsel of record, and pursuant to Fed.R.Civ.P.41, jointly stipulate to dismiss the above-captioned action in its entirety with prejudice as to all defendants and as to all remaining claims for relief, with each party to bear its own costs and attorney's fees.

The joint stipulation disposes of all claims against all parties.

Dated: April 18, 2023                Respectfully submitted,

                                     LITTLER MENDELSON, P.C.


                                     /s/ *Jannine E. Kranz*
                                     Steven A. Groode
                                     Jannine E. Kranz
                                     Attorneys for Defendant
                                     MEDLINE INDUSTRIES, LP f/k/a
                                     MEDLINE INDUSTRIES, INC.


Dated:  April 18, 2023               LAW OFFICES OF JACK PERKO


                                     /s/ *Jack Perko*
                                     Jack Perko
                                     Attorneys for PLAINTIFF
                                     MARIBEL PONCE


## SIGNATURE ATTESTATION

In accordance with Civil Local Rules 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: April 18, 2023                /s/ *Jannine E. Kranz*
                                     Jannine E. Kranz

2.